# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 22, 2024

*By the Court:*

| | |
|---|---|
| No. 24-2235 | ANDREW THAYER, et al.,<br>    Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO, et al.,<br>    Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-03563<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin | |

Upon consideration of the **PLAINTIFFS-APPELLANTS' EMERGENCY MOTION FOR EXPEDITED APPEAL**, filed on July 22, 2024, by counsel for the appellants,

**IT IS ORDERED** that appellees shall file a response to the motion to expedite on or before 4:00 P.M. Central Time on July 23, 2024. The court notes that appellants are free to file their brief at any time, regardless of the status of the motion to expedite.

form name: **c7_Order_BTC**   (form ID: **178**)