No. 24-2235

# IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| ANDREW THAYER; KRISTI KEORKUNIAN; and LINDA LOEW, | ) Appeal from the United States ) District Court, Northern District of ) Illinois, Eastern Division |
| Plaintiffs-Appellants, | ) |
| | ) No. 24-cv-03563 |
| v. | ) |
| | ) The Honorable, |
| THE CITY OF CHICAGO; TOM CARNEY, in his official capacity as Commissioner of the Chicago Department of Transportation; and LARRY SNELLING; in his official capacity as Superintendent of the Chicago Police Department, | ) **Thomas M. Durkin**, ) Judge Presiding. |
| Defendants-Appellees. | ) |

## RESPONSE TO EMERGENCY MOTION FOR EXPEDITED APPEAL

Defendants-appellees, by their attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago, respond to the emergency motion of plaintiffs-appellants for expedited appeal as follows:

1. Plaintiffs have filed an emergency motion to expedite this appeal. Defendants do not oppose an expedited schedule. Defendants also do not oppose completion of briefing by August 5, 2024. However, defendants respectfully request that their appellees' brief be due on August 1, 2024, rather than July 31, 2024, as plaintiffs propose. That additional day would greatly help ensure proper

preparation of the appellees' brief for the court without undue disruption of other pending matters.

2.　Defendants further request that, if the court hears oral argument in this case, it be held no earlier than August 7, 2024, to afford defendants time to review the reply brief in preparation for argument.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　MARY B. RICHARDSON-LOWRY
　　　　　　　　　　　　　Corporation Counsel
　　　　　　　　　　　　　　of the City of Chicago

　　　　　　　　　By:　s/ Myriam Zreczny Kasper
　　　　　　　　　　　　**ETHAN MEREL**
　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　**MYRIAM ZRECZNY KASPER**
　　　　　　　　　　　　Deputy Corporation Counsel
　　　　　　　　　　　　**SUZANNE M. LOOSE**
　　　　　　　　　　　　Chief Assistant Corporation Counsel
　　　　　　　　　　　　2 North LaSalle Street - Suite 580
　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　(312) 744-2497
　　　　　　　　　　　　Ethan.Merel@cityofchicago.org

**CERTIFICATE OF SERVICE**

The foregoing RESPONSE has been electronically filed on July 23, 2024. I certify that I have caused the foregoing RESPONSE to be served on all counsel of record via CM/ECF electronic notice on July 23, 2024.

s/ Ethan Merel
**ETHAN MEREL**
