

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

# ORDER

July 23, 2024

| No. 24-2235 | ANDREW THAYER, et al., <br>　　　　Plaintiffs - Appellants <br> v. <br> CITY OF CHICAGO, et al., <br>　　　　Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:24-cv-03563 <br> Northern District of Illinois, Eastern Division <br> District Judge Thomas M. Durkin | |

The following are before the court:

1. **PLAINTIFFS-APPELLANTS' EMERGENCY MOTION FOR EXPEDITED APPEAL**, filed on July 22, 2024, by counsel for the appellants.

2. **RESPONSE TO EMERGENCY MOTION FOR EXPEDITED APPEAL**, filed on July 23, 2024, by counsel for the appellees.

**IT IS ORDERED** that the motion to expedite is **GRANTED** to the extent that briefing will proceed as follows:

1. The appellants shall file their brief and required short appendix on or before July 24, 2024.

2. The appellees shall file their brief on or before 5:00 PM CDT on August 1, 2024.

3. The appellants shall file their reply brief, if any, on or before 5:00 PM CDT on August 5, 2024.

The court will determine a date and time for oral argument, if any, after it has received appellees' brief.

 Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).